*erty* for petitioners. *Messrs. Greek L. Rice,* Attorney General of Mississippi, and *J. A. Lauderdale* for respondents.

No. 939. WEISS ET AL. *v.* UNITED STATES. June 5, 1939. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the question whether the trial court properly received in evidence intercepted telephone communications. *Messrs. Theodore Kiendl, Lloyd Paul Stryker,* and *Jacob W. Friedman* for petitioners. *Solicitor General Jackson,* and *Messrs. William W. Barron, George F. Kneip, Fred E. Strine,* and *W. Marvin Smith* for the United States.

No. 993. UNITED STATES *v.* SPONENBARGER ET AL. June 5, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Jackson* for the United States. No appearance for respondents.

No. 862. FLETCHER *v.* WHEAT ET AL. April 24, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Edmond C. Fletcher, pro se.* No appearance for respondents.

No. 722. OLSSON *v.* UNITED STATES. April 24, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Luther E. Morrison* and *C. B. Des Jardins*